USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 8, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
CAROLE SAWYER,                      :
                                    :   19 Civ. 8064
                 Plaintiff,         :
                                    :
     - against -                    :
                                    :
CARRIZO OIL & GAS, INC., et al.,    :
                                    :
                 Defendants.        :
-----------------------------------X
MURRAY BUDD,                        :
                                    :
                 Plaintiff,         :
                                    :
     - against -                    :   19 Civ. 8064
                                    :
CARRIZO OIL & GAS, INC., et al.,    :
                                    :
                 Defendants.        :   ORDER
----------------------------------- X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this consolidated action indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since February 3, 2020. At that time Consolidated Plaintiff John Andre filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, it is hereby

**ORDERED** that the above-named Consolidated Plaintiffs inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and their contemplation with

regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
         8 July 2020

_____
Victor Marrero
U.S.D.J.