UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN ANDRE,

              Plaintiff,

    v.

CARRIZO OIL & GAS, INC., et al.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.: 1:19-cv-08064

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** August 14, 2020

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), consolidated plaintiff Murray Budd ("Consolidated Plaintiff") hereby voluntarily dismisses his claims in the above-captioned action (the "Consolidated Action") without prejudice. Because this notice of dismissal is being filed before service by the Defendants of either an answer or a motion for summary judgment, Consolidated Plaintiff's dismissal of the Consolidated Action is effective upon filing of this notice.

Dated: August 13, 2020

                                    **WEISSLAW LLP**

By _____

Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*



**SO ORDERED.**

August 14, 2020

DATE

VICTOR MARRERO, U.S.D.J.